# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4376

_____

United States of America,

        Appellee,

v.

Joseph H. Brown,

        Appellant.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the Western
\*  District of Missouri.
\*
\*  [UNPUBLISHED]
\*

_____

Submitted: December 5, 2006
Filed: December 21, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Joseph H. Brown appeals the district court's[1] dismissal of his "Motion to Reopen Judgment or in the Alternative Motion Seeking Relief Pursuant to a Writ of Audita Querela." We grant Brown leave to proceed in forma pauperis on appeal, and we summarily affirm. See 8th Cir. R. 47A(a). We also deny as moot Brown's motion for appellate counsel.

_____

[1]The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.